```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IVELISSE CIPRIAN,

                      Plaintiff,                      19 Civ. 9765 (LLS)

       -against-                               **ORDER OF DISMISSAL**

U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES, et al.,

                      Defendants.
-----------------------------------------------------------X

       All claims against the United States, over which this Court had original jurisdiction, having been settled and dismissed with prejudice by Stipulation and Order of Settlement and Dismissal on March 17, 2020 and the remaining claims being for negligence and dental malpractice under New York State law, the Court declines to exercise supplemental jurisdiction over them and they are dismissed, without prejudice and without costs in favor of any party over any other.  28 U.S.C. § 1367 (c)(3)

       So Ordered.

Dated: New York, New York
       April 29, 2020

                                                _Louis L. Stanton_
                                              LOUIS L. STANTON
                                              U.S.D.J.